## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Hawk Technology Systems, LLC, | ) | Civil No. 14-4954 (JNE/LIB) |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| HealthEast Care System, | ) | |
| Defendant. | ) | |

Pursuant to the Stipulation between counsel for defendant HealthEast Care System ("HealthEast") and plaintiff Hawk Technology Systems, LLC ("Hawk") [Docket No. 17], IT IS ORDERED that the above-captioned proceeding is hereby DISMISSED WITH PREJUDICE and without costs to any party.

Dated: March 9, 2015

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge